# IN THE SUPREME COURT OF THE STATE OF NEVADA

INTERNATIONAL GAME
TECHNOLOGY, A NEVADA
CORPORATION,

Appellant,

vs.

SALVATORE DECOLA,

Respondent.

No. 78502

FILED

JAN 22 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order denying a petition for judicial review. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

The parties have filed a stipulation to dismiss this appeal and for remand to the district court to enforce the settlement agreement and vacate the order challenged on appeal. The parties further request that, should the district court decline to vacate the order challenged on appeal, either party may move to reinstate the appeal.

The stipulation is approved as follows: this appeal is dismissed without prejudice to the parties' right to seek reinstatement if the relief

20·03029

sought in the district court is not granted.[1] The parties shall bear their own fees and costs.

It is so ORDERED.[2]

_____Pickering_____, C.J.

cc:    Hon. Elizabeth Goff Gonzalez, District Judge
       Ara H. Shirinian, Settlement Judge
       McDonald Carano LLP/Las Vegas
       McDonald Carano LLP/Reno
       Santos Law, PLLC
       Eighth District Court Clerk

---

[1]Any motion to reinstate this appeal must be filed within 28 days of entry of the district court's order denying the requested relief.

[2]Upon the dismissal of this appeal on the parties' stipulation, jurisdiction over the underlying case automatically returns to the district court, rendering a remand unnecessary.